Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

FILED
CHARLOTTE, NC

SEP 18 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| James Crowe <br> _____ <br> **Plaintiff(s)** <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br> Gary McFadden MCSO Staff <br> _____ <br> **Defendant(s)** <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | Case No. __3:25-cv-717-MR__ <br> *(to be filled in by the Clerk's Office)* |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: James Crowe
All other names by which you have been known: Kage, Ghost, Crow, Nike, Neko, Big Jug, Jay Biggz
ID Number: 421377
Current Institution: Mecklenburg County Sheriff Office Jail
Address: 801 E. 4th St.
Charlotte, NC 28202
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Gary McFadden
Job or Title (if known): Sheriff
Shield Number:
Employer: Mecklenburg County Sheriff Office
Address: 701 E. 4th St.
Charlotte, NC 28202
City / State / Zip Code
[✓] Individual capacity   [✓] Official capacity

Defendant No. 2
Name: Canty
Job or Title (if known): Deputy Sheriff
Shield Number:
Employer: Mecklenburg County Sheriff Office
Address: 701 E. 4th St.
Charlotte, NC 28202
City / State / Zip Code
[✓] Individual capacity   [✓] Official capacity

Defendant No. 3
  Name: White
  Job or Title (if known): Chief of Detainment
  Shield Number:
  Employer: Mecklenburg County Sheriff Office
  Address: 701 E. 4th St.
           Charlotte, NC 28202
           City       State   Zip Code
  [✓] Individual capacity  [✓] Official capacity

Defendant No. 4
  Name: Delcone
  Job or Title (if known): Major over Detainment
  Shield Number:
  Employer: Mecklenburg Sheriff Office
  Address: 701 E. 4th St.
           Charlotte, NC 28202
           City       State   Zip Code
  [✓] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

   [ ] Federal officials (a *Bivens* claim)

   [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Interference with access to Courts USCA 5, USCA 6, USCA 8, USCA 9, USCA 13, USCA 14

Deliberate indifference/ Physical Pain + Suffering/ Mental Anguish/ Emotional Pain + Suffering/ Irreparable Pain + Suffering/ Irreparable Damages/ Punitive Damages/ Denial of Equal Protection/ 18 USCS AppX § 2A2.1/ 8 CFR 208.18 / 42 USCS 1982 / 42 USCS 1981 / False Imprisonment/ Violation of Due Process/ Excessive Force/ Defamation of Character/ Poisoned through Food/ Filmed naked in Shower on Facility Cams and Body Cams/ Put in rooms covered in Feces, Urine, biomaterial, Denied Equal Protection

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See attached marked 2 section D.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)* held under a hold, Sent to prison when not supposed to.

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

C. What date and approximate time did the events giving rise to your claim(s) occur?

Multiple dates & time See Attached

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The events that took place were recorded on Facility cams and Body Cams. Many officer new what was happening

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I received multiple Injuries, held under false imprisonment, tortured, starved, Fed poisoned trays directly from the kitchen, attacked multiple times, targeted for using kiosk grievance system. Medical denied to treat me, denied Painkillers, denied equal treatment of what others received. Did receive x-rays Medical records for Facility deleted/destroyed at on site facility.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Emotional and Mental Anguish, Pain & Suffering, Irreparable Damages, Punitive Damages Physical, Mental, and Emotional Pain & Suffering, Mental Scarring, False Imprisonment, Cosmetic Damages, Permanent Injuries, Infringement on my Inheritance and rights to do so. I seek $300 million USD. Conspired against, tortured, denied release, and equal Protection. Poisoned sexually groped and harassed multiple times. I seek $50 million USD. I seek injunctive relief that the entire policy of the MCSO be restructured on facility management, cleanliness, and inducement of equal protection and rights for all including I. I seek Charges of the criminal type to be brought against those directly involved. Declaratory Relief to remove all rules and policies that violate a person's rights not being met. I seek to be able to gain ownership of my properties, accounts, trusts, oil, and more from

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Mecklenburg County Sheriff Office / MCSO Jail_

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

_My grievances cover all my claims and more_

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Filed the grievance in the jail through kiosk system.

2. What did you claim in your grievance?

There were multiple claims which were file and was attached for it.

3. What was the result, if any?

The responses were that I'll be punished / my life and grievance is frivolous.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I've appealed grievances, resubmitted grievances, written letters, talked to Captains, Sergeant, attempted contacting higher ups and was told the higher ups put out the hit and gave permission for the commission of my torture and death. This came from an captain on October 10, 2024.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*I did both and even spoken with sheriff McFadden. Still was no Change. The attacks became worse*

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*Wrote Outside Sources NCPLS*

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) I, James Crowe
   Defendant(s) Montgomery, Clegg, Cunigan, Snell

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Western District

3. Docket or index number
   3:25-cv-00603-MR

4. Name of Judge assigned to your case
   Chief Judge Martin Reidinger

5. Approximate date of filing lawsuit
   08/08/2025

6. Is the case still pending?
   ☐ Yes
   ☑ No
   If no, give the approximate date of disposition. Voluntary Dismissal so I could restructure

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   I voluntarily dismissed case myself to adjust and restructure

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-11-2025

Signature of Plaintiff: James Cru X
Printed Name of Plaintiff: James Crow X
Prison Identification #: 421377
Prison Address: 801 E. 4th St
Charlotte, NC 28202

B. **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code: _____
Telephone Number: _____
E-mail Address: _____